

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-28-2008

# USA v. Langford

Precedential or Non-Precedential: Precedential

Docket No. 06-2774

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"USA v. Langford" (2008). *2008 Decisions.* Paper 1487.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/1487

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 06-2774

_____

UNITED STATES OF AMERICA
v.
SHAWN LANGFORD,
Appellant

_____

Appeal from the United States District Court
for the Western District of PA
(D.C. Criminal No. 05-cr-00151-2)
District Judge:  Honorable Gary L. Lancaster

_____

Argued November 2, 2007

Before:  RENDELL, WEIS and NYGAARD, <u>Circuit</u> <u>Judges</u>.

_____

ORDER AMENDING OPINION

At the Court's direction, it is hereby order that the opinion filed on February 22, 2008 in the above referenced case be amended in order to correct certain formatting issues present in the dissenting opinion.  The Clerk shall file an amended opinion.  The amendment does not change the or alter the substance of the opinion and this Court's judgment.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: February 28, 2008
tmk/cc: Robert L. Eberhardt, Esq.
        Rebecca R. Haywood, Esq.
        Kimberly R. Brunson, Esq.
        Renee Pietropaolo, Esq.